## 27676. SHUBERT v. THE STATE.

James Shubert, *pro se.*
*R. William Barton, District Attorney, J. Bacheller Flythe, Assistant District Attorney,* for appellee.

## 27677. WILLIAMSON v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED FEBRUARY 8, 1973.

Homer G. Williamson, *pro se.*

## 27685. SMITH v. AULT.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED FEBRUARY 8, 1973.

Freddie Smith, *pro se.*
*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, Frank M. Palmour, Assistant Attorneys General,* for appellee.